# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

Nos.  1D17-1396
1D17-1398
(Consolidated for disposition)

MARGARET CELESTE LUCAS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

On appeal from the Circuit Court for Duval County.
Marianne L. Aho, Judge.

April 5, 2018

PER CURIAM.

We affirm Appellant's judgment and sentence but remand for the trial court to enter a *nunc pro tunc* order consistent with its oral order adjudicating Appellant competent to proceed. *See Merriell v. State*, 169 So. 3d 1287, 1289 (Fla. 1st DCA 2015).

JAY, WINSOR, and M.K. THOMAS, JJ., concur.

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

Andy Thomas, Public Defender, and Justin F. Karpf, Assistant Public Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, and Steven E. Woods, Assistant Attorney General, Tallahassee, for Appellee.